# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2012

143950-1

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

IGOR BERGER, a/k/a GERALD BERGER,
      Plaintiff/Counter-Defendant-
      Appellee,

v

ALLA KATZ and PAUL KATZ,
      Defendants/Counter-Plaintiffs-
      Appellants.

SC: 143950-1
COA: 291663, 293880
Wayne CC: 07-707413-CZ

_____/

      On order of the Court, the application for leave to appeal the July 28, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2012

t0319

                      Clerk